Douglas L. GUNTRUM, Respondent

v.

CITICORP TRUST BANK, Petitioner

No. 53 WAL 2017

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Petitioner

v.

Rayshawn WILLIAMS, Respondent

No. 73 WAL 2017

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

Ex rel. Antonio BUNDY, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent

No. 65 EM 2017

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Action in Mandamus is **DENIED.**

Vamsidhar VURIMINDI, Petitioner

v.

COURT OF COMMON PLEAS PHILA-DELPHIA COUNTY and Judge Sheila Woods–Skipper and Judge Diane Anhalt, Respondents

No. 41 EM 2017

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus to Compel is **DENIED.**

The Prothonotary is **DIRECTED** to strike the names of the jurists from the caption.